UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MAURICIO GARZA-VILLANUEVA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-65 |
| | § | |
| KEVIN MCALEENAN, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## OPINION AND ORDER

Pending before the Court is Petitioner Jose Mauricio Garza-Villanueva's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). A Magistrate Judge recommended denial of Garza's request for attorney's fees and dismissal of the Petition as moot. (Report and Rec., Doc. 4)

Both Garza and the Respondents have filed notices of no objection to the Report and Recommendation. (Resp.'s Notice of No Objs., Doc. 5; Pet.'s Notice of No Objs., Doc. 6)

Accordingly, the Court **ADOPTS** the Report and Recommendation. It is:

**ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED** as moot; and

**ORDERED** that Petitioner's request for attorney's fees and costs is **DENIED**.

The District Clerk is directed to close this matter.

SIGNED this 10th day of June, 2019.

Fernando Rodriguez, Jr.
United States District Judge